RECEIVED

FEB 2 8 2014

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAFAYETTE DIVISION**

| | |
|---|---|
| PANDESSA MORVANT | CIVIL ACTION NO. 12-CV-2716 |
| VERSUS | JUDGE DOHERTY |
| COMMISSIONER, SOCIAL SECURITY | MAGISTRATE JUDGE HANNA |

## JUDGMENT

This matter was referred to United States Magistrate Judge Patrick J. Hanna for report and recommendation. After an independent review of the record, and absent any objections filed, this Court concludes that the Magistrate Judge's report and recommendation is correct and adopts the findings and conclusions therein as its own. Accordingly, it is therefore

**ORDERED** that the decision of the Commissioner of the Social Security Administration is REVERSED AND REMANDED for a proper determination of the Residual Functional Capacity consistent with applicable legal standards.

Thus done and signed in Lafayette, Louisiana, this 28 day of February, 2014.

_____
Rebecca F. Doherty
UNITED STATES DISTRICT JUDGE